UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 10-10391-PBS |
| v. | ) | |
| | ) | VIOLATIONS: |
| MICHAEL BILLINGTON, | ) | |
| | ) | 26 U.S.C. § 5861(d) -- |
| Defendant. | ) | Possession of Unregistered |
| | ) | Destructive Devices |
| | ) | |

INDICTMENT

COUNT ONE:   (26 U.S.C. § 5861(d) -- Possession of an Unregistered Destructive Device)

The Grand Jury charges that:

On or about August 24, 2010, in Norton in the District of Massachusetts,

MICHAEL BILLINGTON,

defendant herein, did knowingly possess a destructive device, to wit: a pipe bomb, which pipe bomb had not been registered to the defendant in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

All in violation of Title 26, United States Code, Section 5861(d).

<u>COUNT TWO</u>:     (26 U.S.C. § 5861(d) -- Possession of Unregistered
                    Destructive Devices)

The Grand Jury further charges that:

On or about September 13, 2010, in Brockton in the District of Massachusetts,

**MICHAEL BILLINGTON**,

defendant herein, did knowingly possess destructive devices, to wit: two pipe bombs, which pipe bombs had not been registered to the defendant in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

All in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
GLENN A. MACKINLAY
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                     November 10, 2010

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk